■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALEJANDRO SANTIAGO, Appellant. [748 NYS2d 72]

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745). Ritter, J.P., Smith, O'Brien and Goldstein, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AUSTIN WILLIAMS, Appellant. [748 NYS2d 64]

We find no merit to the defendant's contention that he was deprived of his right to fully cross-examine a prosecution witness. The defendant failed to show that "relevant and important facts bearing on the trustworthiness of crucial testimony" were kept from the jury (*cf. People v Ashner,* 190 AD2d 238, 247). Accordingly, the Supreme Court providently exercised its discretion in declining to give the defendant the opportunity to recall the witness for further cross-examination. Altman, J.P., Florio, O'Brien and H. Miller, JJ., concur.